1  BOWMAN AND BROOKE LLP
2  Darth K. Vaughn (SBN 253276)
3  879 West 190th Street, Suite 700
   Gardena, CA 90248
4  Tel:   (310) 768-3068
5  Fax:  (310) 719-1019
   E-mail:  Darth.Vaughn@bowmanandbrooke.com
6  Attorneys for Defendant
7  ELECTROLUX HOME PRODUCTS, INC.

8

9            **UNITED STATES DISTRICT COURT**

10   **CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION**

11  STATE FARM GENERAL          ) CASE NO. CV11 0628
12  INSURANCE COMPANY,          )
    as subrogree of             ) (Removed from Los Angeles County
13  JAMES E. MITCHELL,          ) Superior Court–Case No. BC450896)
14            Plaintiff,        )
                                ) Assigned to:
15  v.                          ) Department:
16  ELECTROLUX HOME             )
    PRODUCTS, INC., a Delaware  ) DEFENDANT ELECTROLUX HOME
17  Corporation, and DOES 1 through ) PRODUCTS, INC.'S NOTICE OF
18  25, inclusive,              ) INTERESTED PARTIES
19            Defendants.       )
                                ) Action Filed:  December 9, 2010
20                              ) Trial Date:  None
21
22        Pursuant to Local Rule 7.1-1, the undersigned, counsel of record for

23  Defendant Electrolux Home Products, Inc., certifies that the following listed

24  parties may have a pecuniary interest in the outcome of this case.  These

25  representations  are  made  to  enable  the  Court  to  evaluate  possible

26

27  disqualification or recusal.

28

                                    1

FILED

BY:
CLERK, U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
11 JAN 20 PM 4: 05

R    JCG

1.    State Farm General Insurance Company.

2.    The Estate of James E. Mitchell.

3.    Electrolux Home Products, Inc., a Delaware corporation, a subsidiary of Electrolux North America, Inc.

4.    Electrolux North America, Inc., an Ohio corporation, a wholly owned subsidiary of AB Electrolux, a company organized under the laws of Sweden.

5.    AB Electrolux, a publicly traded company on the Stockholm stock exchange.

6.    Neither AB Electrolux, nor any of its subsidiaries are traded on any other public stock exchanges.

If additional parties become known during the course of discovery, Electrolux will amend this certification to bring such additional names to the attention of the Court.

Dated this 20th day of January, 2011.

BOWMAN AND BROOKE LLP

By: _____

Darth K. Vaughn (SBN 253276)
Attorneys for Defendant
ELECTROLUX HOME PRODUCTS, INC.

DEFENDANT ELECTROLUX HOME PRODUCTS, INC.'S NOTICE OF INTERESTED PARTIES