```
                                    FILED
                            CLERK, U.S. DISTRICT COURT

                                  FEB 1 3 2012

                            CENTRAL DISTRICT OF CALIFORNIA
                            BY                      DEPUTY
```

JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| STATE FARM GENERAL INSURANCE COMPANY, a/s/o James E. Mitchell,<br><br>Plaintiffs,<br><br>vs.<br><br>ELECTROLUX HOME PRODUCTS, INC., a Delaware Corporation, and DOES 1 through 25, inclusive<br><br>Defendants. | CASE NO.: 2:11-CV-00628-R-JCG<br><br>Assigned to: Hon. Manuel L. Real<br>Courtroom: 8<br>[MANDATORY CHAMBERS COPY]<br><br>**ORDER OF JUDGMENT** |

Based on the acceptance by Plaintiff State Farm General Insurance Company ("State Farm") of the Rule 68 Offer of Judgment made by Defendant Electrolux Home Products, Inc. ("Electrolux"), **IT IS HERE BY ORDERED**:

    1.    Judgment is entered in favor of Plaintiff State Farm and against Defendant Electrolux in the amount of $10,000.00, inclusive of all damages, costs, expenses, attorneys' fees, and other amounts.

2. The parties each will bear their respective costs and attorney's fees in connection with the Offer of Judgment.

Dated: Feb. 13, 2012

_____
Hon. Manuel L. Real
United States District Court Judge